5/6/2025 2:19 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-23-007785
Selina Hamilton

**CAUSE NO. D-1-GN-23-007785**

| | | |
|---|---|---|
| **CITY OF GRAND PRAIRIE, et al.,** | § | **IN THE DISTRICT COURT** |
| *Plaintiffs,* | § | |
| | § | |
| and **CITY OF BROWNSVILLE, et al.,** | § | |
| *Intervenor-Plaintiffs,* | § | |
| | § | |
| **v.** | § | **261st JUDICIAL DISTRICT** |
| | § | |
| The **STATE OF TEXAS, et al.,** | § | |
| *Defendants,* | § | |
| | § | |
| and **Long Tail Trail Investments, LLC,** | § | |
| *Intervenor-Defendant.* | § | **TRAVIS COUNTY, TEXAS** |

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/9/2025 8:59:44 AM
CHRISTOPHER A. PRINE
Clerk

### INTERVENOR-PLAINTIFF'S NOTICE OF APPEAL

NOW COMES Intervenor-Plaintiff City of Cibolo, Texas ("Cibolo"), and files this Notice of Appeal showing the Court the following:

On April 14, 2025, the Honorable Maria Cantú Hexsel entered an order granting State Defendants' Amended Plea to the Jurisdiction and dismissing all claims by Cibolo. Intervenor-Plaintiff wishes to appeal the above-named order from this case to the Fifteenth Court of Appeals hereby gives notice of appeal. This Notice of Appeal is timely filed. This Notice of Appeal is served on Defendants and Intervenor-Defendant concurrently with filing of same.[1]

The Fifteenth Court of Appeals has exclusive jurisdiction over this appeal because it involves a matter brought against the State of Texas. This appeal also involves a matter brought against officers of the executive branch of the state government and arising out of those officers' official conduct. This appeal also arises out of a matter in which a party to the proceeding challenges the constitutionality or validity of a state statute. The Attorney General is a party to the case.

---

[1] Cibolo's Notice of Interlocutory Appeal was returned, as it was filed in error.

WHEREFORE, PREMISES CONSIDERED, Cibolo files this Notice of Appeal.

Dated:  May 6, 2025

Respectfully submitted,

**HYDE KELLEY LLP**
2806 Flintrock Trace, Suite A104
Austin, TX 78738
Telephone: (512) 686-0700
Facsimile: (866) 929-1641

*/s/ George E. Hyde*
GEORGE E. HYDE
Texas State Bar No. 45006157
ghyde@txlocalgovlaw.com
MATTHEW L. WESTON
Texas State Bar No. 24037698
mweston@txlocalgovlaw.com

**ATTORNEYS FOR DEFENDANT CITY OF CIBOLO, TEXAS**

**CERTIFICATE OF SERVICE**

   I, the undersigned attorney, hereby certify that on May 6, 2025, a true and correct copy of the forgoing document was served in accordance with Texas Rules of Civil Procedure upon the counsel of record in this cause via electronic service and email.

| | |
|---|---|
| Laura Hendrix | laura.hendrix@oag.texas.gov |
| Cole Wilson | cole.wilson@oag.texas.gov |
| Allison Collins | allison.collins@oag.texas.gov |

Attorney General of Texas
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone: (512) 463-2120
Fax : (512) 320-0667
**Attorneys for Defendant State of Texas et al.**

---

| | |
|---|---|
| Clark H. McCoy | cmccoy@wtmlaw.net |
| David Overcash | david.overcash@wtmlaw.net |

Wolfe, Tidwell & McCoy, LLP
2591 Dallas Pkwy Ste 300
Frisco, Texas 75034
Phone: (972) 712-3530
Fax: (903) 892-2397
**Attorneys for Plaintiffs in Intervention, City of Anna, Texas and City of Bonham, Texas**

---

| | |
|---|---|
| Lena Chaisson-Munoz | lena.munoz@brownsvilletx.gov |
| Will Trevino | will.trevino@brownsvilletx.gov |
| Maida Garcia | maida.garcia@brownsvilletx.gov |

City of Brownsville
1001 E Elizabeth St Ste 234
Brownsville, Texas 78520
Phone: 956-546-4357
**Attorneys for Plaintiff in Intervention, City of Brownsville, Texas**

---

Bradford E. Bullock          Brad@txmunicipallaw.com
Arturo D. Rodriguez, Jr.     Art@txmunicipallaw.com

Messer, Fort, PLLC
4201 W. Parmer Ln, Ste. C-150
Austin, Texas 78727
512.930.1317 – Telephone
972.668.6414 – Facsimile

And

Wm. Andrew Messer            Andy@txmunicipallaw.com
Timothy A. Dunn              Taddunn@txmunicipallaw.com

Messer, Fort, PLLC
6371 Preston Road, Suite 200
Frisco, Texas 75034
972.668.6400 - Telephone
972.668.6414 – Facsimile
**Attorneys for Plaintiffs Grand Prairie, Texas et al.**

---

Todd Disher                  todd@lkcfirm.com
William T. Thompson          will@lkcfirm.com
Joshua P. Morrow             josh@lkcfirm.com

Lehotsky Keller Cohn LLP
408 W. 11th Street, 5th Floor
Austin, TX 78701
Tel. (512) 840-9370
Fax. (512) 727-4755
**Attorneys for Intervenor 2020 Long Tail Trail Investments, LLC**

                                   */s/ George E. Hyde*
                                   GEORGE E. HYDE

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 100500570
Filing Code Description: Notice of Appeal
Filing Description: INTERVENOR-PLAINTIFF'S NOTICE OF APPEAL
Status as of 5/9/2025 8:40 AM CST

Associated Case Party: CITY OF BROWNSVILLE

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Lena Chaisson-Munoz | | lena.munoz@brownsvilletx.gov | 5/6/2025 2:19:03 PM | SENT |
| Will Trevino | | will.trevino@brownsvilletx.gov | 5/6/2025 2:19:03 PM | SENT |
| Maida Garcia | | maida.garcia@brownsvilletx.gov | 5/6/2025 2:19:03 PM | SENT |

Associated Case Party: CITY OF ANNA,TEXAS

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Clark McCoy | 90001803 | cmccoy@wtmlaw.net | 5/6/2025 2:19:03 PM | SENT |
| David Overcash | 24075516 | david.overcash@wtmlaw.net | 5/6/2025 2:19:03 PM | SENT |
| Marianne Banks | | marianne@texasmunicipallawyers.com | 5/6/2025 2:19:03 PM | SENT |
| Hope Avila | | hope@texasmunicipallawyers.com | 5/6/2025 2:19:03 PM | SENT |

Associated Case Party: CITY OF CIBOLO

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| George Hyde | 45006157 | ghyde@txlocalgovlaw.com | 5/6/2025 2:19:03 PM | SENT |
| Matthew Weston | 24037698 | mweston@txlocalgovlaw.com | 5/6/2025 2:19:03 PM | SENT |
| Victoria Wilhelm | | vwilhelm@txlocalgovlaw.com | 5/6/2025 2:19:03 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Sherry Brown | | sherry@txmunicipallaw.com | 5/6/2025 2:19:03 PM | SENT |
| Andy Messer | | andy@txmunicipallaw.com | 5/6/2025 2:19:03 PM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 100500570
Filing Code Description: Notice of Appeal
Filing Description: INTERVENOR-PLAINTIFF'S NOTICE OF APPEAL
Status as of 5/9/2025 8:40 AM CST

Case Contacts

| Andy Messer | | andy@txmunicipallaw.com | 5/6/2025 2:19:03 PM | SENT |
|---|---|---|---|---|
| Timothy Dunn | | timothy@txmunicipallaw.com | 5/6/2025 2:19:03 PM | SENT |
| Brad Bullock | | brad@txmunicipallaw.com | 5/6/2025 2:19:03 PM | SENT |
| Matthew Weston | | mweston@txlocalgovlaw.com | 5/6/2025 2:19:03 PM | SENT |
| Becky Kohl | | beckyk@txmunicipallaw.com | 5/6/2025 2:19:03 PM | SENT |
| Timothy A.Dunn | | taddunn@txmunicipallaw.com | 5/6/2025 2:19:03 PM | SENT |
| Maisa Siqueira | | maisa@txmunicipallaw.com | 5/6/2025 2:19:03 PM | SENT |
| Elena Bendea | | Elena.Bendea@cpa.texas.gov | 5/6/2025 2:19:03 PM | SENT |
| Adam Fellows | | Adam.Fellows@cpa.texas.gov | 5/6/2025 2:19:03 PM | SENT |

Associated Case Party: 2020 LONG TAIL TRAIL INVESTMENTS LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| William Thompson | 24088531 | will@lkcfirm.com | 5/6/2025 2:19:03 PM | SENT |
| Josh Morrow | | Josh@lkcfirm.com | 5/6/2025 2:19:03 PM | SENT |
| Todd Disher | | todd@lkcfirm.com | 5/6/2025 2:19:03 PM | SENT |

Associated Case Party: KENNETH PAXTON ATTORNEY GENERAL OF THE STATE OF TEXAS

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Laura Hendrix | | laura.hendrix@oag.texas.gov | 5/6/2025 2:19:03 PM | SENT |
| Cole Wilson | 24122856 | cole.wilson@oag.texas.gov | 5/6/2025 2:19:03 PM | SENT |
| Allison Collins | 24127467 | allison.collins@oag.texas.gov | 5/6/2025 2:19:03 PM | SENT |
| Raymond Abarca | | Raymond.Abarca@oag.texas.gov | 5/6/2025 2:19:03 PM | SENT |